# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**543**

**CAF 10-02475**

PRESENT: CENTRA, J.P., PERADOTTO, SCONIERS, AND MARTOCHE, JJ.

---

IN THE MATTER OF NYASIA W.
------------------------------------------
MONROE COUNTY DEPARTMENT OF HUMAN SERVICES,                          ORDER
PETITIONER-RESPONDENT;

CHRISTINE W., RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

EFTIHIA BOURTIS, ROCHESTER, FOR RESPONDENT-APPELLANT.

DAVID VAN VARICK, COUNTY ATTORNEY, ROCHESTER (CAROL L. EISENMAN OF COUNSEL), FOR PETITIONER-RESPONDENT.

TANYA J. CONLEY, ATTORNEY FOR THE CHILD, ROCHESTER, FOR NYASIA W.

---

Appeal from an order of the Family Court, Monroe County (Dandrea L. Ruhlmann, J.), entered October 26, 2010 in a proceeding pursuant to Social Services Law § 384-b.  The order terminated the parental rights of respondent.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered:  April 20, 2012                          Frances E. Cafarell
                                                  Clerk of the Court